UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HELEN SWARTZ, Individually, | : |
| Plaintiff, | : |
| vs. | : Case No.: 1:20-cv-00321-MSM-PAS |
| GRJ MIDDLETOWN LLC, d/b/a RAMADA MIDDLETOWN, | : |
| Defendant. | : |
| _____/ | |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to execution of the settlement agreement and receipt of settlement funds, and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further proceedings.

Dated:  November 4, 2020                                   Respectfully submitted,

/s/ Lawrence A. Fuller
Lawrence A. Fuller, Esq., *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
lfuller@fullerfuller.com

Kensley R. Barrett, Esq.
Law Office of Kensley R. Barrett, Esq., Inc.
127 Dorrance Street - Penthouse
Providence, RI 02903
401-380-6724
Email: ken@krbarrettlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of November, 2020, the foregoing was filed via CM/ECF, which will automatically generate notice to Attorney for Defendant:

David P. Martland, Esq.
Silva, Thomas, Martland & Offenberg, Ltd.
1100 Aquidneck Avenue
Middletown, RI 02842
dmartland@silvalawgroup.com

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq., *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile

*Co-Counsel for Plaintiff*