UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HELEN SWARTZ, Individually, | : |
| Plaintiff, | : |
| vs. | : Case No.: 1:20-cv-00321-MSM-PAS |
| GRJ MIDDLETOWN LLC,<br>d/b/a RAMADA MIDDLETOWN, | : |
| Defendant. | : |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant pursuant to the Federal Rules of Civil Procedure hereby moves to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retains jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq., *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
lfuller@fullerfuller.com

Kensley R. Barrett, Esq.
Law Office of Kensley R. Barrett, Esq., Inc.
127 Dorrance Street - Penthouse
Providence, RI 02903
401-380-6724
ken@krbarrettlaw.com

Dated:  January 23, 2021

*/s/  David P. Mortland*
David P. Martland, Esq., RI Bar #5796
Silva, Thomas, Martland & Offenberg, Ltd.
1100 Aquidneck Avenue
Middletown, RI 02842
Telephone:  (401) 849-6200
Facsimile:   (401) 849-1820
dmartland@silvalawgroup.com

Dated:  January 23, 2021