*4099-RI*

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HELEN SWARTZ, Individually, | : | |
| Plaintiff, | : | |
| vs. | : | Case No.: 1:20-cv-00321-MSM-PAS |
| GRJ MIDDLETOWN LLC, d/b/a RAMADA MIDDLETOWN, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the Stipulation for Dismissal with Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** that:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff and the Defendant, be and the same is hereby approved by the Court.

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

**DONE AND ORDERED** in Chambers this  27  day of         January        , 2021.

_____
UNITED STATES DISTRICT JUDGE